IN THE MATTER OF THE PETITION OF JERSEY CENTRAL POW-
ER & LIGHT COMPANY FOR APPROVAL OF AN AMEND-
MENT TO ITS TARIFF TO PROVIDE FOR AN INCREASE IN
ITS RATES AND CHARGES FOR ELECTRIC SERVICE.

October 16, 1984.

Petition for certification denied.

RICHARD DEXHEIMER v. LEONIA BOARD OF EDUCATION.

October 16, 1984.

Petition for certification denied.

FOSTER J. ZANETTI v. LEONIA BOARD OF EDUCATION.

October 16, 1984.

Petition for certification denied.

SAMUEL J. PLUMERI REALTY COMPANY, INC. v. CAPITAL
PLACE URBAN RENEWAL ASSOCIATES, INC. and STATE OF
NEW JERSEY v. CAPITAL PLACE URBAN RENEWAL ASSO-
CIATES, INC.

October 16, 1984.

Petition for certification granted.